IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL JEROME WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-023 |
| | ) | |
| LATASHA HARRIS, Unit Manager; | ) | |
| T'ONNIE LANE, Sgt.; | ) | |
| EDWARD PHILBIN, Warden; | ) | |
| MICHAEL PASCHAL, Deputy Warden of | ) | |
| Security; TARNISHA MOYE, CO II; | ) | |
| SGT. PRESCOTT, Gang Investigator; | ) | |
| NURSE DAVIS; and | ) | |
| MARY ALSTON, Doctor, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 20.) The Magistrate Judge recommended dismissing the case without prejudice as a sanction for Plaintiff providing dishonest information about his prior filing history. (See doc. no. 18.) Plaintiff does not dispute that he failed to disclose the case identified by the Magistrate Judge.

Rather, Plaintiff states the non-disclosed case is the only one he had filed prior to the instant case, and in fact asserts he is "clearly not that slow to not remember having someone file a petition against Warden Philbin to not be able to recall." (Doc. no. 20, p. 1.) Plaintiff's

statements support, rather than undermine, the recommendation for dismissal because he fully admits he knew about the prior case but did not acknowledge filing it on his amended complaint form. As the case is due to be dismissed, the motion to voluntarily dismiss one Defendant is **MOOT**. (Doc. no. 21.)

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 16th day of May, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA